1  STEVEN G. KALAR
Federal Public Defender
2  HANNI M. FAKHOURY
Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
Oakland, CA 94612
4  Telephone: (510) 637-3500

5  Counsel for Defendant CONNER

6

7                 UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      OAKLAND DIVISION

10  UNITED STATES OF AMERICA,           )   NO. CR 15-00464-JD
                                        )
11                        Plaintiff,    )   STIPULATION AND [PROPOSED] ORDER
                                        )   TO CONTINUE HEARING DATE TO
12       v.                             )   JANUARY 21, 2016 AND TO EXCLUDE
                                        )   TIME UNDER THE SPEEDY TRIAL ACT
13  ANTHONY CONNER,                     )
                                        )
14                        Defendant.    )   Hearing Date: November 19, 2015
                                        )   Time:          1:30 p.m.
15  _____     )

16

17       The above-captioned matter is set on November 19, 2015 before this Honorable Court for a

18  status hearing.  The parties jointly request that the Court continue this matter to January 21, 2016, at

19  9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between

20  November 19, 2015 and January 21, 2016 because newly assigned defense counsel needs time to

21  review the discovery produced to date, calculate the applicable Sentencing Guidelines and review

22  both the discovery and the Guidelines with Mr. Conner.

23       On September 24, 2015, the Grand Jury charged Mr. Conner in four counts with being a felon

24  in possession of a firearm, 18 U.S.C. § 922(g) (1) and unlawful dealing in firearms, 18 U.S.C. §

25  922(a) (1).  Mr. Conner faces a maximum sentence of either five or ten years on each count.  He was

26  arraigned on the indictment on September 28, 2015 and has been in custody since his arrest on

27  September 15, 2015.

28

-1-
STIPULATION TO CONTINUE HEARING DATE
CR 15-464-JD

1    To date, the government has produced 83 pages of discovery to the defense, along with

2   approximately 30 video and audio recordings.  It has also made a potential plea offer to Mr. Conner.

3    Assistant Federal Public Defender Angela Hansen was previously appointed to represent Mr.

4   Conner but was reassigned to undersigned defense counsel on November 10, 2015.  As new incoming

5   counsel, the undersigned needs sufficient time to review the discovery, research and investigate the

6   case, review the evidence that was seized, assess the federal Sentencing Guidelines that apply, and

7   meet and discuss all of this with Mr. Conner.  Defense counsel also needs time to review with Mr.

8   Conner the plea agreement offered by the government and continue negotiating with the government

9   about a potential resolution to the case.

10    For all these reasons, the defense requests additional time to prepare, and the parties agree

11   that it is appropriate to continue this case until January 21, 2016.

12    The parties stipulate and agree that the ends of justice served by this continuance outweigh

13   the best interest of the public and the defendant in a speedy trial.  The parties further agree that the

14   failure to grant this continuance would unreasonably deny counsel for Mr. Conner the reasonable

15   time necessary for effective preparation, taking into account the exercise of due diligence.

16    Accordingly, the parties agree that the period of time from November 19, 2015 until January

17   21, 2016, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

18   §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel and also for continuity of

19   defense counsel, taking into account the exercise of due diligence.

20

21   DATED:    November 12, 2015                            /S/
                                                           LAURIE KLOSTER GRAY
22                                                         Assistant United States Attorney

23
     DATED:    November 12, 2015                            /S/
24                                                         HANNI M. FAKHOURY
                                                           Assistant Federal Public Defender
25

26

27

28

-2-
STIPULATION TO CONTINUE HEARING DATE
CR 15-464-JD

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1.     Given that new defense counsel was assigned to represent Mr. Conner on November 10, 2015 and that new defense counsel will need sufficient time to review the discovery and to investigate the case and the applicable Sentencing Guidelines;

2.     Given that defense counsel will need time to discuss this case and the evidence with defendant;

3.     Given that these above-listed tasks are necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4.     Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, it is hereby ordered that the status hearing date of November 19, 2015, scheduled at 1:30 p.m., is vacated and reset for January 21, 2016 at 9:00 a.m.  It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h) (7) (A) and (B) (iv), from November 19, 2105 through January 21, 2016.


DATED: _11/13/15_____            _____
                                   JAMES DONATO
                                   United States District Judge

STIPULATION TO CONTINUE HEARING DATE
CR 15-464-JD