STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI M. FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Counsel for Anthony Conner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 15–464 JD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE AND SETTING DISPOSITION HEARING ON DECEMBER 1, 2020** |
| v. | |
| ANTHONY CONNER, | **Court:** Courtroom 10, 19th Floor |
| Defendant. | **Hearing Date:** October 21, 2020 |
| | **Hearing Time:** 10:30 a.m. |

    Mr. Conner is charged in a Form 12 Petition with violating the conditions of his supervised release. *See* Dkt. 29. He made his initial appearance on July 9, 2020 on a summons and remains out of custody. *See* Dkt. 31. A status hearing is set for October 21, 2020 over Zoom. *See* Dkt. 38. The parties have reached an admission and sentencing proposal and request the Court vacate the status conference and set a combined admission and sentencing hearing on November 18, 2020. The probation office can file a violation memo by October 23, 2020, and the parties will file sentencing memoranda by November 4, 2020.

STIPULATION AND [PROPOSED] ORDER VACATING STATUS HEARING AND SETTING DISPOSITION HEARING
*CONNER*, CR 15–464 JD

1

IT IS SO STIPULATED.

Dated:    October 15, 2020

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
HANNI M. FAKHOURY
Assistant Federal Public Defender

Dated:    October 15, 2020

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S
MOLLY SMOLEN
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER VACATING STATUS HEARING AND SETTING DISPOSITION HEARING
*CONNER*, CR 15–464 JD

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CONNER,<br><br>Defendant. | **Case No.:** CR 15–464 JD<br><br>[PROPOSED] ORDER VACATING STATUS CONFERENCE AND SETTING DISPOSITION HEARING ON DECEMBER 1, 2020<br><br>**Court:**    Courtroom 10, 19th Floor |

Based on the reasons provided in the stipulation of the parties, the Court hereby vacates the status conference set on October 21, 2020 and sets a disposition hearing on December 1, 2020, at 1:00 p.m. in San Francisco, 19th Floor, Courtroom 10.

**IT IS SO ORDERED.**

DATED: October 16, 2020

_____
HONORABLE JAMES DONATO
United States District Judge

[PROPOSED] ORDER VACATING STATUS HEARING AND SETTING DISPOSITION HEARING
*CONNER*, CR 15–464 JD

1